RECEIVED
JAN - 8 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LEONARD SAPP | CIVIL ACTION NO. 1:12CV1824 |
| VERSUS | JUDGE TRIMBLE |
| USA, ET AL. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** Petitioner's §2241 application be **DISMISSED** for lack of jurisdiction.

THUS DONE AND SIGNED at _Alexandria_ Louisiana, on this _8th_ day of _January_, 2013.

~~DEE D. DRELL~~ JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE